**COURTROOM DEPUTY MINUTES**     **DATE:** JULY 12, 2005

**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 3:01 – 3:12

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON** DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR153-F-CSC**     DEFT. NAME: **BRENDA McCALL**

USA: Tony Morris     ATTY: Jeff Duffey

Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: Ron Thweatt

Defendant _____ does ✓ does NOT need an interpreter

Interpreter present ✓ NO _____ YES NAME:_____

| | |
|---|---|
| [x] kars. | Date of Arrest 7/12/05 or ☐ karsr40 |
| [x] kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel [x] ORAL MOTION for Appointment of Counsel |
| [x] kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☐ koappted | ORAL ORDER appointing Community Defender Organization - **Notice to be filed.** |
| [x] k20appt. | Panel Attorney Appointed; [x] to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ at _____ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| [x] kocondrls. | Release order entered. Deft. advised of conditions of release |
| [x] kbnd. | ☐ BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| [x] karr. | ARRAIGNMENT SET FOR: _____ [x] HELD. Plea of **NOT GUILTY** entered. [x] Set for 11/7/05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ DISCOVERY DISCLOSURES DATE: 7/15/05 |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| [x] kwvspt | Waiver of Speedy Trial Act Rights Executed |