IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 1:05CR153-F |
| BRENDA McCALL | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Brenda McCall,** defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

_7-12-05_
**DATE**

_Brenda McCall_
**DEFENDANT**

_[signature]_
**ATTORNEY FOR DEFENDANT**