```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
    v. ) CR. NO. 1:05cr153-F
)
AL RAY SHOEMAKER d/b/a )
AL'S BP, )
BRENDA MCCALL, )
MARTHA DAVIS, and )
KELLY LNU )

<u>UNITED STATES' NOTICE OF APPEARANCE</u>

    Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

    Respectfully submitted this 10th day of August, 2005.

                                    FOR THE UNITED STATES ATTORNEY
                                          LEURA G. CANARY

                                    /s/John T. Harmon
                                    John T. Harmon
                                    Assistant United States Attorney
                                    Office of the United States Attorney
                                    Middle District of Alabama
                                    One Court Square, Suite 201 (36104)
                                    Post Office Box 197
                                    Montgomery, Alabama 36101-0197
                                    Telephone:(334) 223-7280
                                    Facsimile:(334) 223-7560
                                    E-mail: John.Harmon@usdoj.gov
                                    Bar Number: 7068-II58J

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2005, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Jeffery C. Duffey, Timothy C. Halstrom, David Holmes** and **Tommie Brown Hardwick.**

    Respectfully submitted,

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J