| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :  SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:25 - 1:25** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:**  <u>2:05CR153-F-C</u>    **DEFENDANT NAME:** <u>BRENDA MCCALL</u>

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. JEFFERY DUFFEY |

√    **DISCOVERY STATUS: NONE.**

☐    **PENDING MOTION STATUS:**

√    **PLEA STATUS: POSSIBLE PLEA**

√    **TRIAL STATUS:    WILL TAKE 3 DAYS FOR TRIAL.**

☐    **REMARKS:**