```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE 1:05-CR-153-F |
| BRENDA McCALL, | * | |
| DEFENDANT. | * | |

**RESPONSE TO MOTION TO CONTINUE TRIAL**

Comes now defendant, Brenda McCall, by counsel and submits the following:

1. On October 27, 2005, co-defendant Martha Davis filed a motion to continue the trial date.

2. Defendant Brenda McCall does not object to the motion of the co-defendant Martha Davis to continue the trial date. To that end attached as Exhibit A is a waiver of speedy trial by defendant Brenda McCall.

3. The defendants were jointly indicted and no motion for severance has been filed.

Respectfully submitted this 31st day of October, 2005.

        s/Jeffery C. Duffey
        JEFFERY C. DUFFEY
        Attorney for
        Brenda McCall
        600 South McDonough Street
        Montgomery, AL 36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No. ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31st, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

        s /Jeffery C. Duffey
        JEFFERY C. DUFFEY
        Attorney for Brenda McCall