**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CR No.1:05CR153-F |
| BRENDA McCALL, | * |
| Defendant. | * |

**WAIVER OF SPEEDY TRIAL RIGHTS**

I, Brenda McCall, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

10-31-05
Date

Brenda McCall, Defendant

Jeffery C. Duffey
Attorney for Defendant