| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   JANUARY 20, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:13 - 1:16** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:05CR153-LSC-CSC     **DEFENDANT NAME:** BRENDA McCALL
                                                                    MARTHA DAVIS

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| **ATTY. TOMMIE HARDWICK** | **ATTY. JEFFERY C. DUFFEY** |
| | **ATTY. TIMOTHY HALSTROM** |

√     **DISCOVERY STATUS:** Completed

√     **PENDING MOTION STATUS:**     None.

☐     **PLEA STATUS:**

√ **TRIAL STATUS:**   Case will go to trial; Will take 2 days try case.

☐     **REMARKS:**