```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
|     Plaintiff, | * |
| | * |
| V. | * CR. NO. |
| BRENDA McCALL AND | * 1:05CR153 |
| MARTHA DAVIS, | * |
|     Defendants. | * |

**JOINT MOTION FOR ORDER FOR SUBPOENA AND FOR SERVICE THEREOF**

Comes now defendants, by counsel, pursuant to Rule 17, F.R.Crim.P, and submit the following:

1. The defendants have been previously adjudged indigent and undersigned counsel have been appointed to represent them.

2. The trial is set for the February 21, 2006 at 9:00 a.m.

3. The defendants are charged with conspiracy to manufacture methamphetamine in violation of 21 USC 841(a)(1) and 846; and with aiding and abetting the possession and distribution of a controlled substance-pseudoephedrine in violation of 21 USC 841(c)(2) and 18 USC 2.

4. The defendants need the presence at their trial of the following witness by subpoena in support of their

defense and for other related matters:

        Al Ray Shoemaker
        716 County Road 36
        Hartford, Al.

    4.   Mr. Shoemaker is a co-defendant who has previously pleaded guilty and been sentenced pursuant to a plea agreement.  Counsel for defendants have recently learned that Mr. Shoemaker will not be called as a Government witness.  Counsel for defendants have been previously provided a statement by Mr. Shoemaker and were under the impression that he would be testifying for the Government at the trial, thus no subpoena was previously requested for him.  Mr. Shoemaker is necessary because of his knowledge of certain facts relevant to the crimes charged.  Mr. Shoemaker is the owner/operator of the Business, Al's BP, that is alleged to have distributed the drugs charged.

    Wherefore, based upon the above defendants request that a subpoena be issued and served on said witness by the U.S. Marshall to appear at the trial February 21, 2006, at 9:00 a.m., or in the alternative that counsel be granted approval to retain a private process server to serve a subpoena and for the expenses of service thereof.

        s/Jeffery C. Duffey
        JEFFERY C.  DUFFEY
        Attorney for Defendant
        Brenda McCall
        600 South McDonough Street
        Montgomery, AL  36104
        Phone: 334-834-4100
        Fax: 334-834-4101
        email: jcduffey@aol.com
        Bar No.  ASB7699F67J


        s/Timothy C. Halstrom
        Timothy C. Halstrom
        Attorney for Martha Davis
        4170 Lomac St.
        Montgomery, Al. 36106
        334-272-6464
        334-244-7474 (fax)
        Halstromtim@aol.com
        Bar No. HAL021

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2006, I

electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
AUSA
P.O. Box 197
Montgomery, AL 36101

                                          Respectfully submitted,

                                          <u>s /Jeffery C. Duffey</u>
                                          JEFFERY C.  DUFFEY
                                          Attorney for Defendant
                                          Brenda McCall