IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 1:05-CR-153-LSC |
| | ) |
| MARTHA DAVIS | ) |
| BRENDA MCCALL | ) |

## ORDER

Having considered the foregoing Motion for Subpoenas and for service thereof (doc. # 85) in connection with the trial in the above-styled case,

**IT IS HEREBY ORDERED** that the motion be and is hereby GRANTED and the requested Subpoena be issued for and served on Al Ray Shoemaker.

The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government.

Done this 16th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE