IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 13 2006 | AT: | 10:05 a.m. |
| DATE COMPLETED: | February 13, 2006 | AT: | 3:56 p.m. |
| | | | (Court Time: 1 hr. 4 min.) |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. No. 1:05cr153-LSC |
| | ) | |
| BRENDA MCCALL and MARTHA DAVIS | ) | |

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Terry Moorer | Jeff Duffey |
| Tommie Hardwick | Tim Halstrom |

COURT OFFICIALS PRESENT

| | |
|---|---|
| Jimmy Dickens, Court Reporter | Elna Behrman, Courtroom Deputy |

**JURORS**

| | |
|---|---|
| 1. William Hodge | 7. Stephen Thornton |
| 2. Jodi Chesnutt | 8. Danielle Parker |
| 3. Sandra Puckett | 9. Jimmy Giddens |
| 4. Mary Martin | 10. Anissa Dyer |
| 5. Alicia Parnell | 11. Rosa Jones |
| 6. Judy Harris | 12. Michelle Grubbs |

**ALTERNATE JURORS**

| | |
|---|---|
| 1. Barbara Broadnax | 2. Helen Roberts |

**COURTROOM PROCEEDINGS**

| | |
|---|---|
| 10:05 a.m. | Court is in session. |
| | Jury oath given. |
| | Court gives general information to the venire. |
| 11:15 a.m. | Multiple jury qualification ends. |
| | |
| 3:12 p.m. | Jury selection begins. |
| 3:15 p.m. - 3:19 p.m. | Bench conference (on the record) |
| 3:56 p.m. | Jury selection complete. |