JURY TRIAL SHEET

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>BRENDA MCCALL | CASE NUMBER: 1:05-CR-153-LSC |

**JURY SELECTED**

| | |
|---|---|
| 1. William Carl Hodge (released 2/21/06) | 7. Stephen Wayne Thornton |
| 2. Jodi K. Chestnutt | 8. Danielle Kristene Parker |
| 3. Sandra Renita Puckett | 9. Jimmy Lamar Giddens |
| 4. Mary Frances Martin | 10. Anissa Land Dyer |
| 5. Alicia Charlotte Parnell | 11. Rosa Wilson Jones |
| 6. Judy L. Harris | 12. Michelle Britton Grubbs |
| First Alt.   Barbara Ann Broadnax | Second Alt.   Helen Batchelor Roberts |

| GOVERNMENT'S WITNESSES | DEFENDANT'S WITNESSES |
|---|---|
| 2/21/06:   Linda Clemmons | 2/22/06:   Christopher McCall |
| Greg Ward | Johnnie Dawson |
| Misty King | Brenda McCall |
| James Daniel Coleman | |
| Marc Crews | |
| Robbie Ross | |
| Brenda Barnett | |
| 2/22/06:   Brenda Barnett (continued) | |
| Anthony Craig "Tony" Helms | |
| COURTROOM DEPUTY:   Ann Fox | COURT REPORTER: Lindy Fuller |

TRIAL DATES:   2/21/2006: 9:40 - 11:00; 11:10 - 12:05; 1:15 - 2:40; 2:50 - 5:05
2/22/2006: 8:35 - 12:10; 1:15 - 5:00 (Jury Deliberations 4:45 - 5:00)
2/23/2006: (Jury Deliberations 9:00 - 12:45) 12:47 - 1:05

COURTROOM NOTES CONT.   USA v.McCALL        CASE NUMBER: 1:05-CR-153-LSC

| |
|---|
| **2/21/2006: JURY TRIAL** held before the Honorable L. Scott Coogler, USDJ;  Government's objections to defendant's exhibits - arguments - discussion with attorneys regarding Juror #54 knowledge of one of the possible witnesses - Witness Rule invoked; Jury welcome and oath administered; Court's preliminary remarks; Opening statements; Government's testimony - Lunch Break - testimony continued - [[(outside presence of jury) - discussion with attorneys regarding one juror #23 sleeping/snoring during testimony - Court's findings that this juror will be excused from service at the end of the day and the 1st alternate will be utilized]] - testimony continued - Charge conference with the attorneys - Daily recessed - Ctrptr Lindy Fuller /adf |
| **2/22/2006: JURY TRIAL** resumed - Continued charge conference with the attorneys - Government's testimony continued - morning break - [[(outside presence of jury) - testimony of witness Tony Helms - Court's findings stated on the record - Dft's (oral) motion for trial continuance - arguments - taken under advisement]] - testimony continued - Government rest - Dft's (oral) motion to exclude portions of Helms' testimony - taken under advisement; Dft's (oral) motion for judgment of acquittal as to Ct 1 - Court deferred ruling - Dft's (oral) motion for judgment of acquittal as to Courts 2 and 3 at the close of govt's testimony - (orally) DENIED;  Lunch break;  Defendant's testimony - Defendant rest; Closing arguments; Court's charge to the jury;  Alternate juror excused;  Jury Deliberations (4:45 - 5:00); Daily recessed - Ctrptr Lindy Fuller /adf |
| **2/23/2006: JURY TRIAL** resumed - (Jury Deliberations continued 9:00 - 12:45); VERDICT returned finding the defendant Brenda McCall NOT GUILTY as charged in the indictment as to Counts 1 and 2 and GUILTY as charged in Count 3; Jurors released from service; Court's (oral) ORDER entering judgment as to dft as Not Guilty in Counts 1 and 2 and adjudicating the defendant Guilty as to Count 3; Government's (oral) motion that defendant be detained - Court's (oral) ORDER that the defendant will remain released as per written order to be entered - Adjourned - Ctrptr Lindy Fuller /adf |