STYLE: USA v. McCall    CASE NUMBER: CR 1:05-CR-153-LSC

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | RECD. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF GOVERNMENT (DEFENDANT) COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | |
| | 1 | ✓ | ✓ | | | | | | | Shoemaker Plea Agrmt |
| | 2 | ✓ | ✓ | | | | | | | Shoemaker Information |
| | 3 | ✓ | | | | | | | ✓ | Map drawing of mobile homes & fences |
| | 4 | | | | | | | | | |
| | 5 | | | | | | | | | |
| | 6 | | | | | | | | | |
| | 7 | | | | | | | | | |
| | 8 | | | | | | | | | |
| | 9 | | | | | | | | | |
| | 0 | | | | | | | | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.1:05-CR-153 |
| BRENDA McCALL, | * | |
| DEFENDANT. | * | |

**DEFENDANT BRENDA McCALL'S**

**EXHIBIT LIST**

1. Shewmaker Plea Agreement

2. Shewmaker Information