EXHIBITS

Page 1

## UNITED STATES OF AMERICA

CR. NO. 1:05cr153-C

v.

## BRENDA MCCALL/MARTHA DAVIS

| Exhibit # | Description | Witness | Admitted |
|---|---|---|---|
| 1 | Photo Al's BP | Clemmons | ✓ |
| 2 | Cassette Tape 4/10/03 | Helms/Barnette | ✓ |
| 2A | Transcript 4/10/03 | Helms/Barnette | ✓ |
| ✓ 3 | Pseudo Purchased 4/10/03 | Barnette/Clemmons Helms/Crews | ✓ |
| 3A | Photo Pseudo purchased 4/10/03 | Helms/Clemmons | ✓ |
| 3B | Photo MaxBrand Box 4/10/03 | Helms/Clemmons | ✓ |
| 3C | Photo Open Box Max Brand 4/10/03 | Helms/Clemmons | ✓ |
| 3D | Photo Bottle Pseudo 60's 4/10/03 | Helms/Clemmons | ✓ |
| 3E | Photo Evidence Taped Bag 4/10/03 | Helms/Clemmons | ✓ |
| 3F | Photo Max Brand Box 4/10/03 | Helms/Clemmons | ✓ |
| 4 | Photo Sample One Pseudo Tablet 4/10/03 | Helms/Clemmons | ✓ |
| ✓ 4A | Plastic Evidence Bag for 4/10/03 | Helms/Crews | ✓ |
| 4B | Lab Report 4/10/03 | Clemmons/ Helms/Crews | ✓ |
| 5 | Cassette Tape 4/17/03 | Helms/Barnette | ✓ |
| 5A | Transcript 4/17/03 | Helms/Barnette | ✓ |
| ✓ 6 | Pseudo Purchase 4/17/03 | Barnette/Clemmons Helms/Crews | ✓ |
| 6A | Photo Pseudo Purchased 4/17/03 | Helms/Clemmons | ✓ |
| 6B | Photo MaxBrand Box & Bottles 4/17/03 | Helms/Clemmons | ✓ |
| 6C | Photo # of Bottles 4/17/03 | Helms/Clemmons | ✓ |
| 7 | Photo Sample One Pseudo Tablet 4/17/03 | Helms/Clemmons | ✓ |
| ✓ 7A | Plastic Evidence Bag for 4/17/03 | Helms/Crews | ✓ |
| 7B | Lab Report 4/17/03 | Clemmons/ Helms/Crews | ✓ |
| 8 | Cassette Tape 4/22/03 | Helms/Barnette | ✓ |

EXHIBITS                                                        Page 2

## UNITED STATES OF AMERICA

CR. NO. 1:05cr153-C

v.

## BRENDA MCCALL/MARTHA DAVIS

| Exhibit # | Description | Witness | Admitted |
|-----------|-------------|---------|----------|
| 8A | Transcript 4/22/03 | Helms/Barnette | |
| 9 | Pseudo Purchased 4/22/03 | Barnette/Clemmons Helms/Crews | ✓ |
| 9A | Photo Pseudo Purchased 4/22/03 | Helms/Clemmons | ✓ |
| 9B | Photo 4 MaxBrand Boxes, 2 Bottles, 4/22/03 | Helms/Clemmons | ✓ |
| 9C | Photo MaxBrand Open Box 4/22/03 | Helms/Clemmons | ✓ |
| 9D | Photo Box Labels 4/22/03 | Helms/Clemmons | ✓ |
| 9E | Photo Plastic Bag Pseudo Max Brand 4/22/03 | Helms/Clemmons | ✓ |
| 10 | Photo Samples One Pseudo Tablet 4/22/03 | Helms/Clemmons | ✓ |
| 10A | Plastic Evidence Bag for 4/22/03 | Helms/Crews | ✓ |
| 10B | Lab Report for 4/22/03 | Clemmons/ Helms/Crews | ✓ |
| 11 | H.B. Paulk Co. Invoices - 2/5/03 | Ross | ✓ |
| 12 | H.B. Paulk Co. Invoices - 2/10/03 | Ross | ✓ |
| 13 | H.B. Paulk Co. Invoices - 2/17/03 | Ross | ✓ |
| 14 | H.B. Paulk Co. Invoices - 2/24/03 | Ross | ✓ |
| 15 | H.B. Paulk Co. Invoices - 2/26/03 | Ross | ✓ |
| 16 | H.B. Paulk Co. Invoices - 3/3/03 | Ross | ✓ |
| 17 | H.B. Paulk Co. Invoices - 3/10/03 | Ross | ✓ |
| 18 | H.B. Paulk Co. Invoices - 3/18/03 | Ross | ✓ |
| 19 | H.B. Paulk Co. Invoices - 3/25/03 | Ross | ✓ |
| 20 | H.B. Paulk Co. Invoices - 3/31/03 | Ross | ✓ |
| 21 | H.B. Paulk Co. Invoices - 4/7/03 | Ross | ✓ |
| 22 | H.B. Paulk Co. Invoices - 4/14/03 | Ross | ✓ |
| 23 | H.B. Paulk Co. Invoices - 4/16/03 | Ross | ✓ |
| 24 | H.B. Paulk Co. Invoices - 4/21/03 | Ross | ✓ |

2-21-06

EXHIBITS                                                                      Page 3

## UNITED STATES OF AMERICA

CR. NO. 1:05cr153-C

v.

## BRENDA MCCALL/MARTHA DAVIS

| Exhibit # | Description | Witness | Admitted |
|-----------|-------------|---------|----------|
| 25 | H.B. Paulk Co. Invoices - 4/28/03 | Ross | ✓ |
| 26 | H.B. Paulk Co. Invoices - 5/5/03 | Ross | ✓ |
| 27 | H.B. Paulk Co. Invoices - 5/12/03 | Ross | ✓ |
| 28 | H.B. Paulk Co. Invoices - 5/19/03 | Ross | ✓ |
| 29 | H.B. Paulk Co. Invoices - 5/26/03 | Ross | ✓ |
| 30 | H.B. Paulk Co. Invoices - 6/2/03 | Ross | ✓ |
| 31 | H.B. Paulk Co. Invoices - 6/9/03 | Ross | ✓ |
| 32 | H.B. Paulk Co. Invoices - 6/16/03 | Ross | ✓ |
| 33 | H.B. Paulk Co. Invoices - 6/18/03 | Ross | ✓ |
| 34 | H.B. Paulk Co. Invoices - 6/23/03 | Ross | ✓ |
| 35 | H.B. Paulk Co. Invoices - 6/30/03 | Ross | ✓ |
| 36 | H.B. Paulk Co. Invoices - 7/7/03 | Ross | ✓ |
| 37 | Geneva Newspapers, Inc. - May 1, 2002 | Crews | |
| 38 | Geneva Newspapers, Inc. - September 18, 2002 | Crews | |
| 39 | Geneva Newspapers, Inc. - September 25, 2002 | Crews | |
| 40 | Geneva Newspapers, Inc. - October 2, 2002 | Crews | |
| 41 | Geneva Newspapers, Inc. - October 9, 2002 | Crews | |
| 42 | Geneva Newspapers, Inc. - November 20, 2002 | Crews | |
| 43 | Geneva Newspapers, Inc. - December 18, 2002 | Crews | |
| 44 | Geneva Newspapers, Inc. - April 16, 2003 | Crews | |
| 45 | Geneva Newspapers, Inc. - April 23, 2003 | Crews | |
| 46 | Drawing of trailers + fences | Helms | ✓ obj - overruled |
| | | | |
| | | | |
| | | | |

(2-21-06 handwritten alongside exhibits 28-34)

EXHIBITS

## UNITED STATES OF AMERICA

CR. NO. 1:05cr153-C

v.

## BRENDA MCCALL/MARTHA DAVIS

| Exhibit # | Description | Witness | Admitted |
|-----------|-------------|---------|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**IN THE MATTER OF:** _____

U.S.A.

VS.

Brenda McCall

**CASE NUMBER:** 1:05-CR-153-LSC

## RECEIPT IS HEREBY ACKNOWLEDGED
## FOR THE FOLLOWING TRIAL EXHIBITS:

Gov't's Exhibits #3, #6, #9 (Pseudo pills purchased 4/10/03, 4/17/03 & 4/22/06)

_____          2-21-06
(Signature)                      (Date)

Tony Helms

2/22/06 Kept by Clerk —

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**IN THE MATTER OF:** _____

_____

USA _____

VS. _____

Brenda McCall _____

_____

**CASE NUMBER:** 1:05-CR-153-LSC

**RECEIPT IS HEREBY ACKNOWLEDGED**
**FOR THE FOLLOWING TRIAL EXHIBITS:**

Gout's exhibits #3, 4A, 6, 7A, 9 and 10A
returned to Agent/Sheriff's office.

_____      _____
**(Signature)**                **(Date)** 2/23/06

Tony Helms