IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
JUN 2 9 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) CR. NO. 1:05CR153-F<br>) [21 USC 846;<br>) 21 USC 841(a)(1);<br>) 21 USC 841(c)(2);<br>) 18 USC 2]<br>)<br>) INDICTMENT |
| v. | |
| AL RAY SHOEMAKER, d/b/a<br>AL'S BP,<br>BRENDA MC CALL,<br>MARTHA DAVIS | |

The Grand Jury charges:

## COUNT 1

Beginning in and about June 2000, and continuing to on or about May 1, 2003, the exact dates being unknown to the Grand Jury, in Geneva County, Alabama, within the Middle District of Alabama and elsewhere,

AL RAY SHOEMAKER, d/b/a
AL'S BP,
BRENDA MCCALL, and
MARTHA DAVIS,

defendants herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to manufacture five grams or more of methamphetamine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

## COUNT 2

On or about April 10, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
BRENDA MCCALL,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

## COUNT 3

On or about April 17, 2003, in Geneva County, Alabama, within the Middle District of Alabama,

AL RAY SHOEMAKER, d/b/a
AL'S BP, and
BRENDA MCCALL,

defendants herein, while aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess and distribute pseudoephedrine, a Schedule I listed chemical, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 841(c)(2), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney