IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | |
| V. | ] | 1:05-CR-0153-LSC |
| | ] | |
| BRENDA MCCALL | ] | |

## VERDICT FORM

1. (a) We, the jury, find the Defendant, Brenda McCall,

\_\_\_\_X\_\_\_\_ Not Guilty       _____ Guilty

as charged in Count 1 of the Indictment. [Note: If you find the Defendant not guilty as charged in Count 1, you need not consider paragraph b, below.]

(b) We, the jury, having found the Defendant guilty of the offense charged in Count 1, further find with respect to that Count that she conspired to manufacture the following controlled substance in the amount shown (Place an X beside the appropriate amount):

Methamphetamine --

(i)   Weighing 5 grams or more   _____

(ii)  Weighing less than 5 grams  _____

2. We, the jury, find the Defendant, Brenda McCall,

____X____ Not Guilty     _____ Guilty

as charged in Count 2 of the Indictment.


3. We, the jury, find the Defendant, Brenda McCall,

_____ Not Guilty     ____X____ Guilty

as charged in Count 3 of the Indictment.


SO SAY WE ALL.

*Steve Shenton*
Foreperson

2/23/06   12:35pm
Date