```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF ALABAMA
                       EASTERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
|     PLAINTIFF, | * |
| V. | *   CASE 1:05-CR-153-LSC |
| BRENDA McCALL, | * |
|     DEFENDANT. | * |

**NOTICE OF APPEAL**

Notice is hereby given that Brenda McCall, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from her conviction and sentence and all adverse rulings thereto, the judgment of which was entered in this action on the 5th day of July, 2006.

Respectfully submitted this 13th day of July, 2006.

                                            <u>s/Jeffery C. Duffey</u>
                                            JEFFERY C. DUFFEY
                                            Attorney for
                                            Brenda McCall
                                            600 South McDonough Street
                                            Montgomery, AL  36104
                                            Phone: 334-834-4100
                                            Fax: 334-834-4101
                                            email: [jcduffey@aol.com](mailto:jcduffey@aol.com)
                                            Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

<u>s /Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for Brenda McCall