IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| V. | *   CASE 1:05-CR-153-LSC |
| BRENDA McCALL, | * |
| DEFENDANT. | * |

**MOTION TO PROCEED ON APPEAL IN FORMA PAUPERUS AND FOR PREPARATION AND FILING OF FREE TRANSCRIPT**

Comes now Brenda McCall, by and through his attorney, and petitions this Honorable Court as follows:

1. On the 23rd day of February 2006, the defendant was convicted of possession/distribution of pseudoephedrine. On the 5th day of July, 2006, defendant was sentenced to 36 months in prison. Defendant is currently awaiting voluntary surrender for July 27, 2006.

2. Defendant has this date given written notice of appeal of her conviction and sentence.

3. Defendant is without sufficient funds, and has no reasonable way to procure the same, to pay for the appeal.

4. Defendant was previously adjudged indigent at trial level in this case and undersigned counsel was appointed to represent her.

5. The issues defendant intends to raise on appeal may

include but are not limited to denial of motion for judgement of acquittal, denial of objection to certain jury instructions, denial of certain objections to the testimony of Government witness Agent Helms.

6. Rule 24(a)(3), F.R.App.P. provides that:

> **Prior Approval.** A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> **(A)** the district court-before or after the notice of appeal is filed-certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> **(B)** a statute provides otherwise.

Wherefore, the defendant requests this Honorable Court to order that defendant be allowed to proceed on appeal in forma pauperis.

Respectfully submitted this 13th day of July, 2006.

                                        s/Jeffery C. Duffey
                                        JEFFERY C. DUFFEY
                                        Attorney for
                                        Brenda McCall
                                        600 South McDonough Street
                                        Montgomery, AL  36104
                                        Phone: 334-834-4100
                                        Fax: 334-834-4101

                          email: jcduffey@aol.com
                          Bar No.  ASB7699F67J

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2006 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

                          s /Jeffery C. Duffey
                          JEFFERY C.  DUFFEY
                          Attorney for Brenda McCall