IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     PLAINTIFF, | * | |
| V. | * | CASE 1:05-CR-153-LSC |
| BRENDA McCALL, | * | |
|     DEFENDANT. | * | |

**EMERGENCY MOTION FOR STAY OF VOLUNTARY SURRENDER DATE**

1. The defendant was previously convicted of possession with intent to distribute pseudoephedrine and on June 29, 2006 was sentenced to a term of 36 months imprisonment.

2. Defendant was ordered to report to a designated facility by 12:00 Noon on July 27, 2006, or surrender to the U.S. Marshal for the Middle District.

3. Defendant has this date informed undersigned counsel that she has not received a designation to a Bureau of Prison facility. Since no BOP facility designation has been made, defendant is required to report to the U. S. Marshal in Montgomery where it is assumed she will be placed in either the Montgomery City Jail or the Autauga County Jail to await designation to a BOP facility. Undersigned counsel has

attempted to contact the U.S. Marshal's office regarding this matter but has not received a call back.

4. Defendant has complied with all aspects of pre-trial and post-trial services through the U.S. Probation Office, is not a danger and was previously found by this court to be an eligible candidate for voluntary surrender.

Wherefore, based upon the above it is requested that the court stay the voluntary surrender date of July 27, 2006, and enter an order that defendant report to a designated facility within 72 hours of designation.

Respectfully submitted this 26th day of July, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
Brenda McCall
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26th, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the

following: Tommie Hardwick, AUSA, P.O. Box 197, Montgomery, AL 36101.

<u>s /Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for Brenda McCall
