IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     PLAINTIFF, | * | |
| V. | * | CASE 1:05-CR-153-LSC |
| BRENDA McCALL, | * | |
|     DEFENDANT. | * | |

**ORDER**

Upon consideration of the Emergency Motion for Stay of Voluntary Surrender Date filed by defendant, it is hereby ordered that said motion is GRANTED.

The Judgment of Sentence entered on July 13, 2006 is amended to reflect that defendant, Brenda McCall, shall report to a designated facility within 72 hours of designation.

_____
United States District Judge