IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| PLAINTIFF, * | |
| V. * | CASE 1:05-CR-153-LSC |
| BRENDA McCALL, * | |
| DEFENDANT. * | |

**ORDER**

Upon consideration of the Emergency Motion for Stay of Voluntary Surrender Date filed by defendant, it is hereby ordered that said motion is GRANTED.

The Judgment of Sentence entered on July 13, 2006 is amended to reflect that defendant, Brenda McCall, shall report to a designated facility within 72 hours of designation. If no designation is made as of August 28, 2006 then she shall surrender to the U.S. Marshal for the Middle District by noon on August 28, 2006 to begin the service of her sentence.

1

Done this 26th day of July 2006.

                              _____
                                    L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                         124019