AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: BRENDA MCCALL
Case Number: 1:05-CR-0153-LSC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of THIRTY SIX (36) months as to Count 3.

The Court recommends to the Bureau of Prisons that the defendant be evaluated and allowed to participate in the 500 hour intensive drug treatment program and be housed as close as possible to her family in Bonifay, Florida.

The defendant shall surrender to the United States marshal for this district or to the designated facility by 12:00 Noon on July 27, 2006.

## RETURN

I have executed this Judgment as follows:

Defendant ~~delivered~~ Surrendered on _8-28-06_ to _FCI Tallahassee_ at _Tallahassee FL_, with a certified copy of this Judgment.

_M.L Rivera, Warden_
~~United States~~ Marshal

By _Kenneth D. [signature] L.I.E._
~~Deputy Marshal~~  RETURNED AND FILED

SEP 6 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.