IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:05-cr-153-MEF |
| | ) | |
| BRENDA McCALL | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Proceed on Appeal *In Forma Pauperis* and for Preparation and Filing of Free Transcript (Doc. #124) filed on July 13, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 16th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE