# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 1 1 2007

THOMAS K. KAHN
CLERK
```

No. 06-13896-EE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRENDA MCCALL,

Defendant-Appellant.

On Appeal from the United States District Court for the
Middle District of Alabama

O R D E R:

The last requested transcript in this appeal was filed with the District Court Clerk's Office on May 30, 2007. As a result, Appellant's brief and record excerpts were due on July 9, 2007. However, on July 2, 2007, counsel for Appellant filed a motion for extension of time in which counsel explains that he has not yet received copies of the filed transcripts from the court reporter. Counsel asks that Appellant's brief and record excerpts be due forty (40) days from the date that counsel receives the transcripts.

The motion for extension is GRANTED.

In addition, the Court Reporter is ORDERED to provide counsel for Appellant with copies of all transcripts filed with the District Court Clerk's Office for this appeal within fourteen (14) days of the date of this Order.

The Court Reporter is directed to provide written confirmation to this Court that the transcript copies have been sent. Counsel for Appellant is directed to provide written confirmation upon the receipt of the transcripts from the Court Reporter.

_____
UNITED STATES CIRCUIT JUDGE