# UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
**CLERK**

September 12, 2007

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No **CR-05-F-153-S**

USCA No. **06-13896-E**

In Re:  **USA VS. BRENDA MCCALL**

_____

CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

  **1**  Volume(s) of Pleadings

  **2**  Volume(s) of Transcripts

  ___ Exhibits: ___ Box _**X**_Binders: ___Envelopes;

      __ Other:_**X**_SEAL Envelope (s) :_**1**__ PSI(s)

  ____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By:  Yolanda Williams

cc: **JEFFERY C. DUFFEY**
    **TOMMIE BROWN HARDWICK**
    **JOHN T. HARMON**