

**Mary Marshall/CA11/11/USCOURTS**
10/29/2007 03:07 PM

To Yolanda Williams/ALMD/11/USCOURTS@USCOURTS
cc Brenda Wiegmann/CA11/11/USCOURTS@USCOURTS
bcc
Subject 06-13896-EE (DC: 1:05-00153 CR C S)

CA11# 06-13896-EE
USA v. Brenda McCall
MAL: 1:05-00153 CR C S

-----------------------------------

ROA request

Thanks