UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

November 1, 2007

Mr. THOMAS K. KAHN, CLERK
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT
56 FORSYTH STREET, NW
ATLANTA, GA 30303

USDCA NO CR-05-C-153-S

USCA NO 06-13896-EE

USA VS. BRENDA MCCALL

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
___First Notice of Appeal:___Yes,___No   Date(s) of Other Notice_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are
___No                 Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
___IFP___; and/or APPEALABILITY/CPC is pending in this Court.
Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:
___The Appellate docket fee has been paid;___Yes,___No:_____Date, Receipt#_____
___Appellant has been ___GRANTED;___
___DENIED IFP, Copy of Order enclosed.
___Appellant has been ___GRANTED;___DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ___Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: L. SCOTT COOGLER
___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY a_____
___Certified record on appeal consisting of:
    _1_ Volume(s) of Pleadings, _2_ Volume(s) of Transcripts,
    _X_ SEALED ITEMS, ie. _1_ PSI(s)___; OTHER___; TAPE(s)____
    _X_ Exhibits: (BINDER)
    ___Volume (s) of Original Papers

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: Yolanda Williams
Deputy Clerk