APPEAL, CLOSED, KG

# U.S. District Court
## Alabama Middle District (Dothan)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00153-LSC-CSC-2
#### Internal Use Only

Case title: USA v. Shoemaker et al

Date Filed: 06/29/2005
Date Terminated: 07/05/2006

Assigned to: Honorable L. Scott Coogler
Referred to: Honorable Charles S. Coody

Appeals court case number: '06-13896-E' 'USCA'

**Defendant**

**Brenda McCall** (2)
*TERMINATED: 07/05/2006*

represented by **Jeffery C. Duffey**
Law Office of Jeffery C. Duffey
600 S. McDonough St.
Montgomery, AL 36104
334-834-4100
Fax: 834-4101
Email: jcduffey@aol.com
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Designation: CJA Appointment*

**Pending Counts**

21:841(c)(2)-CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE
OR DISPENSE-21:841 -
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE OR DISPENSE;
NMT$250,000 [*]; NMT 20Y, B; NMT
5Y SUP REL; G-LINES;VWPA; $100
AF; FORFEITURE ALLEGATIONS
(3)

**Disposition**

36 Mos Imp; 36 Mos Sup Rel; $100 SA

**Highest Offense Level (Opening)**
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 -CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE; NMT $2,000,000 [*], NLT 5Y, NMT 40Y, B, NMT 4Y SUP REL; G-LINES; VWPA; $100 AF; FORFEITURE ALLEGATIONS (1) | Found Not Guilty by a Jury |
| 21:841-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; 21:841 - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; NMT$250,000 [*]; NMT 20Y, B; NMT 5Y SUP REL; G-LINES;VWPA; $100 AF; FORFEITURE ALLEGATIONS (2) | Found Not Guilty by a Jury |

**Highest Offense Level (Terminated)**
Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

| **Plaintiff** | | |
|---|---|---|
| USA | represented by | **Tommie Brown Hardwick**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 334-223-7135<br>Email: tommie.hardwick@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John T. Harmon**<br>U.S. Attorneys Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 334-223-7560<br>Email: john.harmon@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2005 | 1 | *SEALED* INDICTMENT as to Al Ray Shoemaker (1) count(s) 1, 2, 3, 4, 5, Brenda McCall (2) count(s) 1, 2, 3, Martha Davis (3) count(s) 1, 4, Kelly LNU (4) count(s) 5. (war ) (Entered: 07/01/2005) |
| 06/29/2005 | 2 | *SEALED* (Court only) Limits of Punishment as to Al Ray Shoemaker, Brenda McCall, Martha Davis, Kelly LNU: (war) (Entered: 07/01/2005) |
| 07/01/2005 | 4 | WARRANT Issued as to Brenda McCall. (war ) (Entered: 07/01/2005) |
| 07/01/2005 | 7 | *SEALED* (Court only) (CORRECTED) Limits of Punishment as to Al Ray Shoemaker, Brenda McCall, Martha Davis, Kelly LNU: (war ) (Entered: 07/01/2005) |
| 07/12/2005 |   | Case unsealed as to Brenda McCall per notice of arrest from USMS. (kcg, ) (Entered: 07/12/2005) |
| 07/12/2005 |   | Arrest of Brenda McCall (ws, ) (Entered: 07/13/2005) |
| 07/12/2005 | 17 | CJA 23 Financial Affidavit by Brenda McCall (ws, ) (Entered: 07/13/2005) |
| 07/12/2005 |   | ORAL MOTION to Appoint Counsel by Brenda McCall. (ws, ) (Entered: 07/13/2005) |
| 07/12/2005 |   | ORDER (ORAL)granting Oral Motion to Appoint Counsel: Jeffery C. Duffey appointed as to Brenda McCall (2). Signed by Judge Vanzetta P. McPherson on 7/12/05. (ws, ) (Entered: 07/13/2005) |
| 07/12/2005 | 18 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson : Initial Appearance as to Brenda McCall held on 7/12/2005; Arraignment as to Brenda McCall (2) Count 1,2,3 held on 7/12/2005; Plea entered by Brenda McCall (2) Not Guilty on counts 1, 2, 3. (Recording Time FTR: 3:01- 3:12.) (ws) (Entered: 07/13/2005) |
| 07/12/2005 | 19 | Appearance Bond Entered as to Brenda McCall in amount of $ $25,000.00 (ws) (Entered: 07/13/2005) |
| 07/12/2005 | 20 | ORDER Setting Conditions of Release as to Brenda McCall (2) with a $25,000 Non-surety apperance bond executed . Signed by Judge Vanzetta P. McPherson on 7/12/05. (ws) (Entered: 07/13/2005) |
| 07/12/2005 | 21 | WAIVER of Speedy Trial by Brenda McCall (ws, ) (Entered: 07/13/2005) |
| 07/14/2005 | 29 | ORDER ON ARRAIGNMENT as to Brenda McCall Pretrial Conference set for 9/19/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 9/14/2005. Discovery due by 7/15/2005.. Signed by Judge Charles S. Coody on 7/14/2005. (sql, ) (Entered: 07/14/2005) |

| | | |
|---|---|---|
| 07/18/2005 | 30 | CJA 20 as to Brenda McCall: Appointment of Attorney Jeffery C. Duffey for Brenda McCall. Signed by Judge Vanzetta P. McPherson on 7/12/05. (ws ) (Entered: 07/18/2005) |
| 07/18/2005 | 32 | (Court only) Arrest Warrant Returned Executed in case as to Brenda McCall. Defendant arrested on 7/12/05. (kcg, ) (Entered: 07/20/2005) |
| 08/01/2005 | 34 | *SEALED* Process Receipt and Return as to Al Ray Shoemaker, Brenda McCall, Martha Davis, Kelly LNU on 7/13/05. (kcg, ) (Entered: 08/08/2005) |
| 08/10/2005 | 35 | NOTICE OF ATTORNEY APPEARANCE John T. Harmon appearing for USA. (Harmon, John) (Entered: 08/10/2005) |
| 09/19/2005 | 41 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Brenda McCall held on 9/19/2005 (Recording Time FTR: 1:25 - 1:25.) (ws, ) (Entered: 09/20/2005) |
| 09/21/2005 | 45 | PRETRIAL CONFERENCE ORDER as to Brenda McCall Jury Selection set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Jury Trial (which is expected to last 3 trial days) is set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Voir Dire due by 10/31/2005; Proposed Jury Instructions due by 10/31/2005; Motions in Limine due by 10/31/2005; Plea Agreement due by 10/31/2005. Signed by Judge Charles S. Coody on 9/21/05. (kcg, ) (Entered: 09/21/2005) |
| 10/31/2005 | 53 | RESPONSE to Motion by Brenda McCall as to Brenda McCall, Martha Davis re [49] MOTION to Continue (Attachments: # 1 Exhibit waiver of speedy trial rights)(Duffey, Jeffery) (Entered: 10/31/2005) |
| 10/31/2005 | 54 | Proposed Jury Instructions by USA as to Brenda McCall, Martha Davis (Hardwick, Tommie) (Entered: 10/31/2005) |
| 11/02/2005 | 55 | ORDER TO CONTINUE - Ends of Justice as to Brenda McCall, Martha Davis. GRANTING [49] MOTION to Continue filed by Martha Davis. Jury Trial is continued from 11/7/2005 to 2/13/2006 before Hon. Chief Judge Mark E. Fuller. The Magistrate Judge shall conduct a pretrial conference prior to the February 13, 2006 trial term. Signed by Judge Mark E. Fuller on 11/2/05. (kcg, ) (Entered: 11/02/2005) |
| 11/14/2005 | 64 | ORDER as to Brenda McCall, Martha Davis Pretrial Conference set for 1/20/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody.. Signed by Judge Charles S. Coody on 11/14/2005. (sql, ) (Entered: 11/14/2005) |
| 12/08/2005 | | *SEALED* Case as to Brenda McCall, Martha Davis, Kelly LNU Reassigned to Judge L. Scott Coogler. Judge Mark E. Fuller no longer assigned to the case. (kcg, ) (Entered: 12/08/2005) |
| 12/08/2005 | | UPDATE TRIAL DEADLINES as to Brenda McCall, Martha Davis: Jury Selection and Trial set for 2/13/2006 10:00 AM in Courtroom 2A before Honorable L. Scott Coogler. (kcg, ) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/08/2005 | | UPDATE TRIAL DEADLINES as to Brenda McCall, Martha Davis: Jury Selection and Trial set for 2/13/2006 10:00 AM in Courtroom 2D before Honorable L. Scott Coogler. (kcg, ) (Entered: 12/12/2005) |
| 12/08/2005 | | *SEALED* (Court only) ***Set/Clear Flags as to Al Ray Shoemaker, Brenda McCall, Martha Davis, Kelly LNU (ws, ) (Entered: 09/11/2006) |
| 01/20/2006 | 68 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Brenda McCall, Martha Davis held on 1/20/2006 (Recording Time FTR: 1:13 - 1:16.) (ws, ) (Entered: 01/20/2006) |
| 02/03/2006 | 75 | NOTICE of Tentative Criminal Trial Docket as to Brenda McCall, Martha Davis. (kcg, ) (Entered: 02/03/2006) |
| 02/05/2006 | 77 | Proposed Jury Instructions by Brenda McCall (Duffey, Jeffery) (Entered: 02/05/2006) |
| 02/05/2006 | 78 | Proposed Voir Dire by Brenda McCall (Duffey, Jeffery) (Entered: 02/05/2006) |
| 02/13/2006 | | Minute Entry for proceedings held before Judge W. Harold Albritton III:Voir Dire begun on 2/13/2006 Martha Davis (3) on Count 1,4 and Brenda McCall (2) on Count 1,2,3 (Court Reporter James R. Dickens.) (kcg, ) (Entered: 02/17/2006) |
| 02/13/2006 | 88 | Minute Entry for proceedings held before Judge W. Harold Albritton III:Jury Selection as to Brenda McCall, Martha Davis held on 2/13/2006 (Court Reporter James R. Dickens.) (kcg, ) (Entered: 02/17/2006) |
| 02/15/2006 | 85 | NOTICE *of Request for Subpoena* as to Brenda McCall (Duffey, Jeffery) (Entered: 02/15/2006) |
| 02/16/2006 | 87 | ORDER as to Brenda McCall, Martha Davis that having considered the foregoing Motion for Subpoenas and for service thereof (doc. #85) in connection with the trial in the above-styled case, IT IS HEREBY ORDERED that the motion be and is hereby GRANTED and the requested Subpoena be issued for and served on Al Ray Shoemaker. The cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshal in the same manner as witnesses subpoenaed by the Government . Signed by Judge Charles S. Coody on 2/16/06. (kcg, ) (Entered: 02/16/2006) |
| 02/22/2006 | | ORAL MOTION to Continue trial by Brenda McCall. (kcg, ) (Entered: 02/24/2006) |
| 02/22/2006 | | ORAL MOTION to Exclude Portions of Helms' Testimony by Brenda McCall. (kcg, ) (Entered: 02/24/2006) |
| 02/22/2006 | | ORAL MOTION for Judgment of Acquittal as to Count 1 by Brenda McCall. (kcg, ) (Entered: 02/24/2006) |
| 02/22/2006 | | ORAL MOTION for Judgment of Acquittal as to Counts 2 and 3 at close of govt's testimony by Brenda McCall. (kcg, ) (Entered: 02/24/2006) |

| | | |
|---|---|---|
| 02/22/2006 | 🔘 | ORAL ORDER as to Brenda McCall DENYING ORAL MOTION for Judgment of Acquittal as to Counts 2 and 3 at close of govt's testimony filed by Brenda McCall . Signed by Judge L. Scott Coogler on 2/22/06. (kcg, ) (Entered: 02/24/2006) |
| 02/22/2006 | | (Court only) ***Motions terminated as to Brenda McCall: MOTION to Continue trial filed by Brenda McCall and MOTION to Exclude filed by Brenda McCall,. (kcg, ) (Entered: 04/10/2006) |
| 02/23/2006 | 🔘 95 | Minute Entry for proceedings held before Judge L. Scott Coogler :Jury Trial as to Brenda McCall held on 2/21-23/2006 (Court Reporter Lindy Fuller.) (Attachments: # 1 Dft Exh List# 2 Govt Exh List) [exhibits maintained with file in separate binder with court file; sensitive exhibits returned to the government] (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 | ORAL ORDER as to Brenda McCall entering judgment as to dft as Not Guilty in Counts 1 and 2 and adjudicating the dft Guilty as to Count 3 . Signed by Judge L. Scott Coogler on 2/23/06. (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 | ORAL MOTION that dft be detained by USA as to Brenda McCall. (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 | ORAL ORDER as to Brenda McCall that defendant will remain released as per written order to be entered. Signed by Judge L. Scott Coogler on 2/23/06. (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 96 | Jury Instructions as to Brenda McCall (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 97 | Redacted Indictment for trial purposes as to Brenda McCall. (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 98 | JURY VERDICT as to Brenda McCall (2) Guilty on Count 3 Brenda McCall (2) Not Guilty on Counts 1 and 2. (kcg, ) (Entered: 02/24/2006) |
| 02/23/2006 | 🔘 99 | Detention/Release Order Pending Sentencing as to Brenda McCall pursuant to 18 U.S.C. 3145(c), the Court finds that there are exceptional reasons why the defendant's detention would not be appropriate, and that the defendant is not likely to flee or pose a danger to the safety of any other person or the community pending imposition of sentence. It is, therefore, ordered that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on July 12, 2005 . Signed by Judge L. Scott Coogler on 2/23/06. (kcg, ) (Entered: 02/24/2006) |
| 03/09/2006 | 🔘 102 | ORDER as to Brenda McCall Sentencing is set for 6/29/2006 01:45 PM in Courtroom 2D before Honorable L. Scott Coogler, as further set out. Signed by Judge L. Scott Coogler on 3/9/06. (kcg, ) (Entered: 03/09/2006) |
| 06/28/2006 | 🔘 118 | SENTENCING MEMORANDUM by Brenda McCall (Duffey, Jeffery) (Entered: 06/28/2006) |

| | | |
|---|---|---|
| 06/29/2006 | | ORAL MOTION for Downward Departure by Brenda McCall. (ws, ) (Entered: 07/06/2006) |
| 06/29/2006 | | ORAL ORDER denying ORAL Motion for Downward Departure as to Brenda McCall (2). Signed by Judge L. Scott Coogler on 6/29/06. (ws, ) (Entered: 07/06/2006) |
| 06/29/2006 | | Minute Entry for proceedings held before Judge L. Scott Coogler :Sentencing held on 6/29/2006 as to Brenda McCall. NO PDF ATTACHED (Court Reporter Lindy Fuller.) (ws, ) (Entered: 07/06/2006) |
| 07/05/2006 | 119 | JUDGMENT as to Brenda McCall (2), Count(s) 1, 2, Found Not Guilty by a Jury; Count(s) 3, 36 Mos Imp; 36 Mos Sup Rel; $100 SA . Signed by Judge L. Scott Coogler on 7/5/06. (kcg, ) Modified on 7/26/2006 (snc): voluntary surrender date changed to 8/28/06; see dn 130 (Entered: 07/07/2006) |
| 07/05/2006 | | (Court only) ***Case Terminated as to Brenda McCall (kcg, ) (Entered: 07/07/2006) |
| 07/13/2006 | 123 | NOTICE OF APPEAL by Brenda McCall (Duffey, Jeffery) Modified on 7/13/2006, to reflect that Attorney Duffey is appealing the 119 Judgment entered 7/5/06 (ydw, ). (Entered: 07/13/2006) |
| 07/13/2006 | 124 | MOTION for Leave to Appeal In Forma Pauperis by Brenda McCall. (Duffey, Jeffery) (Entered: 07/13/2006) |
| 07/13/2006 | | Transmission of Notice of Appeal and Certified copy of Docket Sheet and Order as to Brenda McCall to US Court of Appeals re 123 Notice of Appeal - Final Judgment (ydw, ) (Entered: 07/13/2006) |
| 07/13/2006 | | NOTICE of Docket Text Correction is issued this date to advise that 123 Notice of Appeal, was edited to reflect that Attorney Duffey is appealing the 119 Judgment entered on 7/5/06. (ydw, ) (Entered: 07/20/2006) |
| 07/19/2006 | | USCA Case Number as to Brenda McCall 06-13896-E for 123 Notice of Appeal - Final Judgment filed by Brenda McCall. (ydw, ) (Entered: 07/21/2006) |
| 07/26/2006 | 129 | NOTICE *ER motion to stay voluntary surrender date* by Brenda McCall as to Brenda McCall re 119 Judgment (Attachments: # 1 Text of Proposed Order)(Duffey, Jeffery) Modified on 7/26/2006 (snc): SEE CORRECTED ENTRY - MOTION rather than Notice (Entered: 07/26/2006) |
| 07/26/2006 | | CORRECTED DOCKET ENTRY FOR DN 129: Emergency MOTION for Stay of Voluntary Surrender Date by Brenda McCall. (snc) (Entered: 07/26/2006) |
| 07/26/2006 | 130 | ORDER granting 129 Motion for Stay of Voluntary Surrender Date as to Brenda McCall (2), amending the Judgment of Sentence entered on 7/13/06 to reflect that defendant McCall shall report to a designated facility within 72 hours of designation, and directing that if no designation is made as of 8/28/06, she shall surrender to the USM for the Middle |

| | | |
|---|---|---|
| | | District by noon on 8/28/06 to begin the service of her sentence. Signed by Judge L. Scott Coogler on 7/26/06. (snc) (Entered: 07/26/2006) |
| 07/27/2006 | 133 | RECEIVED TRANSCRIPT REQUEST re 123 Notice of Appeal - Final Judgment, from Attorney Duffey counsel for Brenda McCall with following notation: "I Am Ordering A Transcript Of The Following Proceedings": Trial proceedings held on 2/21-23/06 and Sentencing held 6/29/06, before Judge L. Scott Coogler, Lindy Fuller C/R. Copy to Court Reporter.(ydw, ) (Entered: 08/04/2006) |
| 08/08/2006 | 134 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Brenda McCall (kcg, ) (Entered: 08/08/2006) |
| 08/16/2006 | | CJA Form 24 (For Transcript Trial proceedings held on 2/21-23/06 and Sentencing held 6/29/06) as to Brenda McCall re: 06-13896-E for 123 Notice of Appeal mailed to Attorney Jeffery C. Duffey. (ydw, ) (Entered: 08/16/2006) |
| 08/22/2006 | | CJA 24 Voucher for payment of transcript (Jury trial held 2/21-23/06) as to Brenda McCall, re 06-13896-E, 123 Notice of Appeal mailed to Court Reporter Lindy Fuller. (ydw, ) (Entered: 08/22/2006) |
| 09/06/2006 | 135 | Judgment Returned Executed as to Brenda McCall on 8/28/06. (kcg, ) (Entered: 09/10/2006) |
| 10/25/2006 | 138 | CJA 20 as to Brenda McCall: Authorization to Pay Jeffery Duffey. Amount: $ 6,860.80, Voucher # 061019000030. . Signed by Judge Mark E. Fuller on 10/19/06. (ws, ) (Entered: 10/25/2006) |
| 11/16/2006 | 139 | ORDER granting 124 Motion for Leave to Appeal In Forma Pauperis as to Brenda McCall (2). Signed by Judge Mark E. Fuller on 11/16/06. (ydw, ) (Entered: 11/16/2006) |
| 02/04/2007 | 140 | TRANSCRIPT re 123 Notice of Appeal - Final Judgment (PDF available for court use only)of Sentencing Hearing as to Brenda McCall for dates of 06/29/06 before Judge L. Scott Coogler, Court Reporter: Lindy M. Fuller. (ydw, ) (Entered: 02/05/2007) |
| 05/30/2007 | 152 | TRANSCRIPT re 123 Notice of Appeal - Final Judgment of Jury Trial (PDF available for court use only) filed as to Brenda McCall for dates of 02/21-23/06 before Judge L. Scott Coogler, Court Reporter: Lindy M. Fuller. (ydw, ) (Entered: 05/30/2007) |
| 07/13/2007 | 158 | ORDER of USCA as to Brenda McCall re 06-13896-EE, 123 Notice of Appeal - Final Judgment that the last requested transcript in this appeal was filed with the District Court clerk's Office on May 30, 2007. As a result, Appellant's brief and record excerpts were due on July 9, 2007. However, on July 2, 2007, counsel for Appellant filed a motion for extension of time in which counsel explains that he has not yet received copies of the filed transcripts from the court reporter. Counsel ask that Appellant's brief and record excerpts be due forty(40) days from the date that counsel receives the transcripts. The motion for extension is |

| | | |
|---|---|---|
| | | GRANTED. in addition, the Court Reporter is ORDERED to provide counsel for appellant with copies of all transcripts filed with the District Court Clerk's Office for this appeal within fourteen (14) days of the date of this Order. The Court Reporter is directed to provide written confirmation to this Court tht the transcript copies have been sent. Counsel for Appellant is directed to provide written confirmation upon the receipt of the transcripts from the Court Reporter. (ydw, ) (Entered: 07/16/2007) |
| 08/06/2007 | 159 | CJA 24 as to Brenda McCall: Authorization to Pay Lindy Fuller $ 1,401.64 for 02/21-23/06 Jury Trial and 06/20/07 Sentencing Transcript. Signed by Judge Mark E. Fuller on 08/06/07. (ydw, ) Modified on 8/28/2007 to reflect that the amount of this authorization is for $1,401.84 rather than $1,401.64 as initially docketed (cc, ). (Entered: 08/07/2007) |
| 09/12/2007 | 160 | Certificate of Readiness (Attachments: # 1 DOCKET ENTRIES) to US Court of Appeals re 123 Notice of Appeal - Final Judgment, USCA Case Number 06-13896-E (ydw, ) Additional attachment(s) added on 9/12/2007 (ydw, ). (Entered: 09/12/2007) |
| 10/29/2007 | 161 | Request for Record on Appeal By USCA Eleventh Circuit; 11th Circuit Appeal No. 06-13896-EE, 123 Notice of Appeal - Final Judgment (ydw, ) (Entered: 11/01/2007) |