Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

---

June 25, 2008

**Appeal Number: 06-13896-EE**
Case Style: USA v. Brenda McCall
District Court Number: 05-00153 CR-C-S

TO:   Debra P. Hackett

CC:   Jeffery C. Duffey

CC:   Tommie Brown Hardwick

CC:   Matthew W. Shepherd

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 06-13896-EE**
Case Style: USA v. Brenda McCall
District Court Number: 05-00153 CR-C-S

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision,</u> is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
For the Eleventh Circuit

No. 06-13896

District Court Docket No.
05-00153-CR-C-S

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 27, 2008
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

BRENDA MCCALL,

    Defendant-Appellant.

A True Copy - Attested
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

------------------------------------------------

Appeal from the United States District Court
for the Middle District of Alabama

------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JUN 2 5 2008
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered:    May 27, 2008
For the Court:    Thomas K. Kahn, Clerk
By:    Jackson, Jarvis

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-13896

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 27, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00153 CR-C-S

UNITED STATES OF AMERICA,

                    Plaintiff-Appellee,

versus

BRENDA McCALL,

                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(May 27, 2008)

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER,* District Judge.

_____

*Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.

PER CURIAM:

A federal indictment charged Appellant, Brenda McCall ("McCall"), with three crimes: two counts of aiding and abetting the distribution of pseudoephedrine with knowledge that it would be used to manufacture methamphetamine – one for an April 10, 2003 sale, and another for an April 17, 2003 sale – and one count of conspiracy to manufacture methamphetamine. A jury found McCall not guilty on the conspiracy charge and the April 10 charge, but found her guilty of the April 17, 2003 sale.

The issues presented on appeal are:

(1) Whether the Government presented sufficient evidence for a reasonable jury to conclude that McCall knew the pseudoephedrine she sold on April 17 would be used to manufacture methamphetamine;

(2) Whether the district court erred in charging the jury with a "deliberate ignorance" instruction; and

(3) Whether the district court abused its discretion in admitting the testimony of Investigator Tony Helms.

"We review a district court's decision to deny a motion for judgment of acquittal based on sufficiency of the evidence de novo." *United States v. Dulcio*, 441 F.3d 1269, 1276 (11th Cir. 2006). In determining whether the Government

presented sufficient evidence, the court "must review the evidence in the light most favorable to the [G]overnment and draw all reasonable factual inferences in favor of the jury's verdict." *Id.* "Where an appellant has objected to a jury instruction at trial, we review the court's decision to use that instruction for abuse of discretion." *United States v. Dean*, 487 F.3d 840, 847 (11th Cir.2007), *cert. denied*, 128 S. Ct. 1444 (2008). We review for abuse of discretion the district court's admission of evidence. *See United States v. Maragh*, 174 F.3d 1202, 1204 (11th Cir.1999).

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we conclude that there is no merit to any of the arguments McCall makes in this appeal and, accordingly, we affirm her conviction.

**AFFIRMED.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia