RECEIVED

2008 JUN 26  A 10: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
    Clerk, U.S. District Court
    15 LEE ST STE 206
    MONTGOMERY  AL  36104-4055

---

June 25, 2008

**Appeal Number: 06-13896-EE**
Case Style: USA v. Brenda McCall
District Court Number:  05-00153 CR-C-S

TO:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED
2008 JUN 26  A 10: 44
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

June 25, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 06-13896-EE**
Case Style: USA v. Brenda McCall
District Court Number:  05-00153 CR-C-S

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  three volumes

Exhibits - one folder, one envelope, one psi

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

REC-3 (06-2006)